512

WINIFRED ADAMS, PLAINTIFF-RESPONDENT, v. DEAN B.
ADAMS, DEFENDANT-PETITIONER.

*Mr. Milton T. Lasher* for the petitioner.

March 11, 1957.   Denied.